UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00186 |
| | ) | JUDGE CAMPBELL |
| KEVIN LAMONT HERRIN | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 57) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on October 24, 2013, at 2:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE