UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00186 |
| | ) | JUDGE CAMPBELL |
| KEVIN LAMONT HERRIN | ) | |

ORDER

The hearing on the Petition (Docket No. 57) alleging violations of Defendant's Conditions of Supervision currently scheduled for November 19, 2013, is RESCHEDULED for November 25, 2013, at 2:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE